No. 64810.—Warner Prins Associates *v.* United States, protest 59/33339 (New York).

Opinion by MOLLISON, J.   The protest was dismissed.

No. 64811.—Karl Schroff & Associates, Inc. *v.* United States, protest 59/33982 (New York).

Opinion by MOLLINSON, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, OCTOBER 26, 1960

No. 64812.—Garry Manufacturing Co. *v.* United States, protests 58/11604 and 58/16340 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of wire rods similar in all material respects to those the subject of *Scoville Manufacturing Co., A. Schrader's Son Division* v. *United States* (43 Cust. Ct. 259, C.D. 2138), the claim of the plaintiff was sustained.

No. 64813.—Metallurg, Inc. *v.* United States, protest 58/12047 (Philadelphia).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 64814.—Waldburger & Co., Inc., et al. *v.* United States, protests 320529–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.